No. 481. CLAWSON *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied. *William Strong* for petitioner. *Solicitor General Cummings, Assistant Attorney General Lyon, Ellis N. Slack* and *Fred G. Folsom* for the United States.

No. 483. BIGGS *v.* FEINBERG ET AL. C. A. 7th Cir. Motion to strike respondent's brief denied. Certiorari also denied. Petitioner *pro se. Charles Leviton, Hirsch E. Soble, Jacob Shamberg* and *John J. Kelly, Jr.* for respondents.

No. 196, Misc. WHITING *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied. Petitioner *pro se. Solicitor General Cummings, Assistant Attorney General Murray, Beatrice Rosenberg* and *Felicia H. Dubrovsky* for the United States.

No. 246, Misc. CLARK *v.* UNITED STATES. C. A. 7th Cir. Certiorari denied. Petitioner *pro se. Solicitor General Cummings, Assistant Attorney General Murray, Beatrice Rosenberg* and *Felicia H. Dubrovsky* for the United States.

No. 254, Misc. McQUAID *v.* UNITED STATES. United States Court of Appeals for the District of Columbia Circuit. Certiorari denied. *James J. Laughlin* for petitioner. *Solicitor General Cummings, Assistant Attorney General Murray* and *Beatrice Rosenberg* for the United States.

No. 274, Misc. WOOLLOMES *v.* HEINZE, WARDEN. C. A. 9th Cir. Certiorari denied.